57 A.3d 643

SAWINK, INC., Germantown Cab Company and
Rosemont Taxicab Co., Inc., Petitioners

v.

PHILADELPHIA PARKING AUTHORITY, Respondent.

No. 137 EM 2012.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2012, the Application to Supplement is **GRANTED**, and the Petition for Extraordinary Relief is **DENIED**.

57 A.3d 644

SAWINK, INC., Germantown Cab Company, and
Rosemont Taxicab Co., Inc., Appellees

v.

PHILADELPHIA PARKING AUTHORITY, Appellant.

No. 2 EAP 2012.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2012, the order of the Commonwealth Court is **AFFIRMED**.